# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI FILED 2022 JUN 21 P 2: 19

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Randall Tainter

v.

(Full name of defendant(s))

Brown County Jail

C.O. Joshua Larmay

Case Number: **22-C-0719**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

__3030 Curry Ln, Green Bay WI 54311__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __C.O. Joshua Larmay, Brown County Jail__
(Name)
is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __BROWN COUNTY JAIL    3030 CURRY LN. GREEN BAY, WI 54311__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 07-22-17 while on a writ from the Wisconsin Department of corrections, I finished a visit with a family member and since I was "High Max" I had to be escorted in restrainted due to jail rules, while I was being escorted by officer Joshua Larmay he said something about me spitting on him. I got upset and told him to not say that because that is the reason why I am on a writ in the first place. CO Larmay got upset and pushed me against the wall and began to bang my head against the wall. He then pushed me into the cell in which I put my hands outside the trap because officer Larmay put my handcuffs so tight I began to lose feeling not only in my hand but in my arm too.

Complaint – 2

Larmay left and I was left there for about 45 mins in so much pain I began to cry. I started to puke because I ended up having a concussion. When I got back to prison my two attorneys already had found out about what happend, (Brittney Lafond and Laura Nelson) when I got back to the Wisconsin Resource Center I was taken into a room and pictures were taken by a supervisor. Til this day I have damage in both of my arms and my mental damage causes me not to trust any correctional officers. I am afraid I will be assulted again by any officer. I can't tell them my mental state which is very dangorous for me cause I have mental issues. This assult did worse to me then I have ever thought.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $2.5 million

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

- Officer Larmay charged

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☑ – YES          ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___14___ day of ___June___ 20_22_.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:22-cv-00719-SCD   Filed 06/21/22   Page 5 of 5   Document 1